IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUDE MICHAEL VEGA,

    Plaintiff,

v.                                                                         No. 15-cv-0833 JB/SMV

VILLAGE OF HATCH,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a hearing held before the Court on January 19, 2016.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **February 18, 2016**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**